Miss Hazel HOOD, Plaintiff-Appellant,

v.

Miss Emma BURNETT et al.,
Defendants-Appellees.

No. 71–2488

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 1971.

G. Seals Aiken, John L. Respess, Jr., Atlanta, Ga., for plaintiff-appellant.

Arthur K. Bolton, Atty. Gen., Latimer, Haddon & Stanfield, Alfred L. Evans, Jr., J. Lee Perry, A. C. Latimer, William F. Lee, Jr., Atlanta, Ga., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

---

Carlisle SAPENTER and Helen Evans Sapenter, Plaintiffs-Appellants,

v.

DREYCO, INCORPORATED,
Defendant-Appellee.

No. 71–2186

Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 1971.

Rehearing Denied Dec. 27, 1971.

Jesse S. Guillot, New Orleans, La., for plaintiffs-appellants.

James Flanagan, Metairie, La., for defendant-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[†]

** See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

† Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.